**[J-80-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 772 CAP |
| | : | |
| Appellee | : | Appeal from the Order dated |
| | : | November 20, 2018 (entered on |
| | : | November 21, 2018) in the Court of |
| v. | : | Common Pleas, Cumberland County, |
| | : | Criminal Division at No. CP-21-CR- |
| | : | 0001499-1994. |
| SEIFULLAH ABDUL-SALAAM, | : | |
| | : | SUBMITTED: August 14, 2019 |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 9th day of September, 2019, this appeal is transferred to the Superior Court. *See Commonwealth v. Kindler*, 147 A.3d 890 (Pa. 2016) (holding that this Court lacks jurisdiction to entertain direct appeals from interlocutory orders entered in criminal cases on remand for resentencing of a defendant after a federal court vacates the defendant's sentence of death).